**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**DON EUGENE ROBERTSON**                                    **PLAINTIFF**
**#199679**

**v.**                              **CASE NO. 4:26-CV-00477-BSM**

**FEIN,** *et al.*                                              **DEFENDANTS**

## ORDER

Magistrate Judge Edie R. Ervin's recommended disposition [Doc. No. 8] is adopted,

Don Robertson's complaint is dismissed without prejudice for failure to state a plausible

constitutional claim for relief.  It is recommended that dismissal of this action count as a

strike for purposes of 20 U.S.C. section 1915(g) and an *in forma pauperis* appeal would not

be taken in good faith. The clerk is directed to close this case.

IT IS SO ORDERED this 20th day of July, 2026.

_____
UNITED STATES DISTRICT JUDGE