**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**DON EUGENE ROBERTSON**                                                                    **PLAINTIFF**
**#199679**

**v.**                                       **CASE NO. 4:26-CV-00477-BSM**

**FEIN,** *et al.*                                                                                  **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 20th day of July, 2026.

_____
UNITED STATES DISTRICT JUDGE